# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 15-cr-00260-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    MARIO ALBERTO GALICIA-SAAVEDRA,
      *a.k.a. Mario Alberto Galacia-Saavedra,*
      *a.k.a. Mario Alberto Galicia,*

      Defendant.

___

## ORDER SETTING CHANGE OF PLEA HEARING
___

Pursuant to the Notice of Disposition filed on August 24, 2015 (Docket No. 36). A Change of Plea Hearing is set for **August 27, 2015** at **1:00 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

    IT IS ORDERED that the trial settings will be vacated upon completion of the change of plea.

    DATED this 24th day of August, 2015.

                              BY THE COURT:

                              _____
                              RAYMOND P. MOORE
                              United States District Judge